IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JUNIOR JOSE AMARANTE-BOLIVAR | Case No. **24-mj-1218**<br><br>**Filed Under Seal** |

## MOTION TO SEAL

The United States moves this Court to place under seal the Complaint, Affidavit, and attendant Arrest Warrant in this Matter. These documents discuss an ongoing criminal investigation that is neither public nor known fully to the subjects of the investigation. The United States requests a sealing of the Complaint and Affidavit to prevent the flight of the defendant and to ensure the safety of officers. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation and officer safety.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

BY: */s Brooke K. Schiferle*
Brooke K. Schiferle
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Phone: (615) 736-5151